**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 1:10-cr-00312-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JOY NELL WANDELL,

      Defendant.

---

**PROTECTIVE ORDER REGARDING DISCOVERY**
_____

**Blackburn, J.**

      The matter is before the Court on the **Government's Unopposed Motion to**

**for a Protective Order Regarding Discovery** [#5] filed June 17, 2010.  After reviewing

the motion and the file, I conclude that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  The **Government's Unopposed Motion to for a Protective Order**

**Regarding Discovery** [#5] filed June 17, 2010.

      2.  The Indictment in this case alleges that defendant engaged in Social Security

fraud, in violation of 42 U.S.C. § 1383a(a)(3), and theft of public funds, in violation of 18

U.S.C. § 641.  In the course of the government's investigation, it obtained records from

the Social Security claims files of Defendant's minor children and records from bank

accounts and credit union accounts that are or were owned jointly by Defendant and her

common law husband.  The relevant documents from the Social Security claims files

contain personal information about defendant's minor children, including addresses, social security numbers, dates of birth, and medical information. The financial institution records contain information about Defendant's common law husband, such as account number, addresses, and financial information.

3. The government intends to produce this material in discovery to the defense. All materials that the government produces to the defense are solely for the use of defendant, her attorney, or other individuals or entities acting within the attorney-client relationship to prepare for the trial in this case. The purpose of this protective order is to prevent the unauthorized dissemination, distribution, or use of materials containing the personal information of others.

4. The defendant, her attorney, and all other individuals or entities who receive materials in this case are prohibited from directly or indirectly providing access to, or otherwise disclosing the contents of, these materials to anyone not working on the defense of this criminal case, or otherwise making use of the materials in a manner unrelated to the defense of this criminal case.

5. The defendant, her attorney, and all other individuals or entities who receive materials in this case shall maintain all materials received from the government in a manner consistent with the terms of this Order. Materials produced to the defense shall be stored in a secure manner by defense counsel in files or folders marked "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE." Electronic materials produced to the defense and printouts obtained from electronic materials shall be handled in the same manner.

6.  The defendant and her attorney are required to give a copy of this order to all individuals or entities engaged or consulted by defense counsel in preparation of the trial in this case.  A willful violation of this protective order by Defendant, her attorney, or others may result in contempt of court proceedings or other civil or criminal sanctions.

Dated June 17, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge