IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 10-cr-00312-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOY NELL WANDELL,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE
DATED: June 21, 2010

    The Arraignment and Discovery Conference set for June 23, 2010 at 1:30 p.m. is **VACATED** and rescheduled to June 23, 2010 at **10:45 a.m.**