# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 10-cr-00312-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOY NELL WANDELL,

    Defendant.

# MINUTE ORDER[1]

Due to a conflict that has arisen on the court's calendar, the change of plea hearing set for March 4, 2011, at 3:00 p.m., is **VACATED** and is **CONTINUED** to **April 13, 2011**, at 1:30 p.m.

Dated: January 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.