IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00312-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOY WANDELL,

        Defendant.

**ORDER CONTINUING PROBATION AND
MODIFYING THE CONDITIONS OF PROBATION**

      THIS MATTER was before the Court for a probation violation hearing on March 6, 2014, on report of the probation officer that the defendant has violated the terms and conditions of her probation. The defendant admits to violations 1 and 2, as alleged in the probation officer's petition. Accordingly, it is

      ORDERED that the defendant's term of probation be continued and that the conditions be modified to include the following:

      (1) Effective immediately, the defendant shall pay restitution in an amount of not less than $75 per month; and

      (2) The defendant shall provide copies of her federal and state income tax returns, if any, and all other financial records as requested or directed. It is

      FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

      DATED March 7, 2014, at Denver, Colorado.

                                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge